**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

Isaias Moreno Garcia,
     *Petitioner*,

    v.

Brison Swearingen, *Et Al*,
     *Respondents*.

Case No. 2:26-cv-00318-JRO-MG

> Notice of Voluntary Dismissal acknowledged. (Dkt. 11). The Clerk is directed to close this case.
>
> *Justin R. Olson*
> Justin R. Olson
> United States District Judge
> Southern District of Indiana
>
> Date: 6/11/2026

**NOTICE OF VOLUNTARY DISMISSAL OF**
**WRIT OF HABEAS CORPUS PETITION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioner Isaias Moreno Garcia hereby moves for the Voluntary Dismissal of the above-entitled action as he requested voluntary departure before the Immigration Court. Petitioner Moreno Garcia asks to dismiss without prejudice, with each side to bear its own costs and fees.

Dated this 2nd of June, 2026

Respectfully submitted,

*/s/ Afshan J. Khan*
Law Office of Afshan J. Khan
*Attorney for Petitioner*
986 Lake Street, Suite 102
Roselle, IL 60172
(331) 703-5258
ajkhanesq@gmail.com